FILED
MAR - 5 2003
LARRY W. PROPES, CLERK
FLORENCE, SC

E.B.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of SOUTH CAROLINA

ROCK HILL DIVISION

Owners Insurance Company

, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE 0:03-710-17

Scott Price d/b/a Riverside Construction, Scott Price and Sandy St. Clair d/b/a S & P Builders, Galmiche Construction, Inc., et al. , Defendant

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

E. Glenn Elliott, Esquire
AIKEN BRIDGES
P. O. Drawer 1931
Florence, SC 29503

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LARRY W. PROPES
CLERK

MAR 5 2003
DATE

Diane L. Stefano
(By) DEPUTY CLERK

Document #
2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ____________________

Date *Signature of Server*

____________________

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.